UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI GJENASHAJ AND QAMIL GJENASHAJ<br><br>                    Plaintiffs<br><br>vs.<br><br>THE CITY OF NEW YORK, LIEUTENANT MATTHEW HARRISON individually and in his official capacity, POLICE OFFICER GIANCARLO MARATEA individually and in his official capacity, POLICE OFFICER RAYCHEL CAMPANELLA-RIVERA individually and in her official capacity, POLICE OFFICER VANESA MEDINA individually and in her official capacity, POLICE OFFICER BRUNILA SANTANA individually and in her official capacity, and POLICE OFFICER THOMAS GUGLIUCCI, individually and in his official capacity, employees of The City of New York.<br><br>                    Defendants | **NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Civil Action No. 19-CV-04142 |

### RULE 41(a) NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Qamil Gjenashaj, by his undersigned counsel, hereby dismisses all claims made by him in the Second Amended Complaint filed in this matter, without prejudice. Plaintiff states that no defendant herein has served either an Answer or Motion for Summary Judgment.

Dated: New York, New York
       January 17, 2020

Respectfully Submitted,

  /s/ Joseph I. Stone
JOSEPH I. STONE
*Attorney for Plaintiffs*
310 Lexington Avenue, 9G
New York, New York 10016