UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------
LORI GJENASHAJ,

              Plaintiffs,

              -against-

THE CITY OF NEW YORK, *et al.*,

              Defendants.
-------------------------------------------------

19cv4142

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        This Court conducted a pre-motion teleconference on March 16, 2020. For the reasons stated on the record, Plaintiff's Monell claim against the City of New York under 42 U.S.C. § 1983 is dismissed.

Dated: March 16, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.