UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LORI GJENASHAJ,

          Plaintiff,

    -against-

THE CITY OF NEW YORK, *et al.*,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

19cv4142

SCHEDULING ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

      After reviewing the parties' joint letter (ECF No. 72), this Court reschedules the final pre-trial conference from April 24, 2020 to July 23, 2020 at 10:00 a.m.

Dated: March 20, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.