# EDWARD STONE LAW

September 18, 2020

**VIA ECF** (filed as sealed)

**MEMO ENDORSED**

Honorable William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:  *Lori Gjenashaj, et al. v. City of New York, et al.*, 19 Civ. 4142 (WHP) (GWG)

Your Honor:

I am writing with regards to our most recent filing in the above captioned case.

The following Exhibits were inadvertently filed on the public docket when they should have been filed under seal in accordance with the Protective Order in this case.

   Exhibit F, docket no. 98_6
   Exhibit I, docket no. 98_9
   Exhibit J, docket no. 98_10
   Exhibit N, docket no. 98_14
   Exhibit O, docket no. 98_15

We understand from the Help Desk for the Southern District that they have temporarily sealed the documents identified above which were attached to my affirmation.

I respectfully ask that Your Honor have these documents permanently sealed in accordance with the Protective Order referenced above.

Thank you for your consideration.

**Application granted in part and denied in part.  Whether these exhibits will be permanently sealed is an issue that will be discussed during the October 9, 2020 oral argument.  Until that time, the exhibits shall remain temporarily sealed.**

Respectfully submitted,

SO ORDERED:

   Dated: September 25, 2020
       New York, New York

Edward S. Stone

WILLIAM H. PAULEY III
U.S.D.J.

---

175 W. Putnam Avenue
2nd Floor
Greenwich, CT 06830
Tel (203) 504-8425

Edward Stone Law P.C.
Email: eddie@edwardstonelaw.com
www.EdwardStoneLaw.com
Fax (203) 348-8477

300 Park Avenue
12th Floor
New York, NY 10022
Tel (646) 933-3143