UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

LORI GJENASHAJ,

          Plaintiff,

       -against-

THE CITY OF NEW YORK, *et al.*,

          Defendants.

------------------------------------

19cv4142

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

       The parties move to seal Exhibits F, I, J, N, and O, (ECF Nos. 98-6, 98-9, 98-10, 98-14, and 98-15), of the Declaration of Edward Stone in Support of Plaintiff's Counterstatement to Defendant Lt. Harrison's Rule 56.1 Statement and Statement of Additional Facts, (ECF No. 98). For the reasons stated on the record during the parties' telephonic oral argument on October 9, 2020, this Court directs the parties to re-submit these Exhibits with Defendants' proposed redactions by October 19, 2020.

       This Court reminds Defendants that "the party asserting the law enforcement privilege bears the burden of showing that the privilege indeed applies to the documents at issue." In re The City of New York, 607 F.3d 923, 948 (2d Cir. 2010). Accordingly, these Exhibits shall remain temporarily sealed until this Court reviews the proposed redactions.

Dated: October 14, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.