UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------
:
LORI GJENASHAJ, :
:
:
Plaintiff, :   19cv4142
:
-against- :
:   ORDER
:
THE CITY OF NEW YORK, *et al.*, :
:
Defendants. :
:
--------------------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

      Defendants move to file portions of Exhibits F, I, J, N, and O under seal, (ECF Nos. 98-6, 98-9, 98-10, 98-14, and 98-15), of the Declaration of Edward Stone in Support of Plaintiff's Counterstatement to Defendant Lt. Harrison's Rule 56.1 Statement and Statement of Additional Facts, (ECF No. 98).  This Court has reviewed the proposed redactions and finds that they are narrowly tailored, limited in scope, and justified to protect The City of New York's confidential information.  See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 120 (2d Cir. 2006).  Accordingly, Defendants motion to file under seal is granted and Defendant is directed to file redacted copies on the public docket.

Dated: October 23, 2020                  SO ORDERED:
      New York, New York

                                                          WILLIAM H. PAULEY III
                                                                   U.S.D.J.