UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------
LORI GJENASHAJ,

                Plaintiff,                19cv4142

     -against-                SCHEDULING ORDER

THE CITY OF NEW YORK, *et al.*,

                Defendants.
--------------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

       The parties having appeared for a final pre-trial teleconference on May 4, 2021, this Court adopts the following schedule on consent:

1. The parties shall file a revised joint pre-trial order by June 15, 2021

2. The parties shall file any motions in limine by July 15, 2021, any opposition papers by August 11, 2021, and any reply papers by August 19, 2021

3. The parties shall submit a joint request to charge and may separately submit any proposed voir dire they regard as unique to this case by September 23, 2021

4. Jury selection and trial are tentatively scheduled to begin on October 4, 2021

       Additionally, Plaintiff's counsel shall keep this Court informed of any updates in Plaintiff's state criminal case.

Dated: May 4, 2021                SO ORDERED:
       New York, New York

                                                      WILLIAM H. PAULEY III
                                                             U.S.D.J.