


| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | BRACHAH GOYKADOSH<br>*Senior Counsel*<br>bgoykado@law.nyc.gov<br>Phone: (212) 356-3523<br>Fax: (212) 356-1148 |
|---|---|---|

May 4, 2021

**By ECF**
Honorable William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

**Application Granted. The tentative date for jury selection and trial is adjourned from October 4, 2021 to October 12, 2021.**

Re:  *Lori Gjenashaj, et al. v. City of New York, et al.*, 19 Civ. 4142 (WHP)

Your Honor:

I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York and the attorney assigned to the defense in this matter. In that capacity, I write to respectfully request that the trial in this matter be adjourned from October 4, 2021 to October 11, 2021.

As the Court is aware, the parties appeared for a final pre-trial conference earlier today. At that conference, the Court scheduled a trial in this matter for October 4, 2021. Immediately following the conference, the undersigned learned that one of the defendants is not available for trial during the week of October 4, 2021 due to a previously scheduled vacation. Therefore, defendants respectfully request that the Court adjourn the trial to October 11, 2021. This requested adjournment will not impact any other dates or deadlines in this matter. Plaintiff consents to this request, which is the first of its kind.

Therefore, defendants respectfully request that the Court adjourn the trial from October 4, 2021 to October 11, 2021.

Thank you for your consideration herein.

Respectfully submitted,

*Brachah Goykadosh*
Brachah Goykadosh
*Senior Counsel*
Special Federal Litigation Division

Dated: May 5, 2021
New York, New York

SO ORDERED:

*William H. Pauley III*
WILLIAM H. PAULEY III
U.S.D.J.