UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

LORI GJENASHAJ,                                                                          No. 19-cv-4142 (CM)
               Plaintiff,
                                                                                                      **TRIAL NOTICE**

     -against-

CITY OF NEW YORK, ET AL.,

               Defendants.
---------------------------------------------------X

     PLEASE TAKE NOTICE that your case has tentatively been scheduled for trial beginning Monday, October 4, 2021. It has been scheduled as a backup case that will be calendared in the event that another case currently scheduled for trial is resolved. I currently have another trial that is scheduled to commence October 4. If that case settles, this case will proceed to jury selection and trial on that date.

     If this case proceeds, voir dire will commence at 10:00 AM on October 4, 2021 in the Jury Assembly Room on the first floor of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.


Dated:  August 10, 2021

       New York, New York

                                                       _____
                                                          United States District Judge


                                                    So Ordered