```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Lori Gjenashaj,                                                              19 Civ. 4142 (CM)

               Plaintiff(s),

    -against-                                                                **TRIAL NOTICE**

Lieutenant Matthew Harrison, et al.,

               Defendant(s).
------------------------------------------------------X

Please take notice that the above captioned matter has been scheduled for a **Final Pretrial Conference before the Honorable Colleen McMahon, United States District Judge, on Tuesday, January 11, 2022 at 10:00 a.m.**, in courtroom 24A, at the U. S. District Courthouse, 500 Pearl Street, New York, New York 10007. Trial has been scheduled **for Tuesday, February 1, 2022 at 9:30 a.m.** Parties are directed to file all trial documents required by Judge McMahon's Individual Practices. Originals must be filed in the Clerk's Office and courtesy copies are to be provided to chambers.

Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: December 20, 2021
       New York, New York

So Ordered

_Colleen McMahon_
Colleen McMahon, U.S.D.J