UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

Lori Gjenashaj,

                     Plaintiff,

-against-

Lieutenant Matthew Harrison, et al.,

                     Defendant(s).
-------------------------------------------------X

No. 19 Civ. 4142 (CM)

**AMENDED TRIAL NOTICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2022

Please take notice that the above captioned matter is on the list of cases to be tried during the first quarter of 2022. This matter had been assigned a trial date of February 1, 2022– it was scheduled for that date as a backup case in the event that other cases currently scheduled for trial were resolved. In order to have a firm trial date I have rescheduled this trial. Parties should be prepared to commence trial on Thursday, **February 24, 2022 at 9:30 a.m.** for jury selection. The final pre-trial conference has been re-scheduled for Tuesday, February 1, 2022 at 10:00 a.m.

Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: January 4, 2022
New York, New York

_____
United States District Judge

So Ordered