UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

Lori Gjenashaj,

        Plaintiff,

    -against-

Lieutenant Matthew Harrison, et al.,

        Defendants.
----------------------------------------------------X

No. 19 Civ. 4142 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2022

## ORDER

McMahon, J.:

    I have reviewed the files on Plaintiff's jump drive containing Plaintiff's proposed trial exhibits PX-5, PX-6, PX-7, PX-8, PX-9, and PX-12. To rule on the admissibility of these exhibits, I need more information from Plaintiff.

1. Plaintiffs proposed exhibits PX-5, PX-6, PX-7, and PX-8 consists of footage from body cameras worn by officers other than the Defendants. These officers responded to the scene after many of the events in suit. Plaintiff should tell the court what the relevance is of each video (what Plaintiff hopes to prove by its admission into evidence), and at what point in each video does the video tend to prove something relevant to Plaintiff's case. Identify by time stamp on the video, please.

2. Plaintiff's proposed exhibit PX-9 is an audio recording the NYPD radio transmissions of the day in question. As with the body worn camera footage, Plaintiff should tell the court what portions of the audio file contain relevant evidence, and explain why that portion of the file is relevant. Again, please identify by time of transmission.

3. Plaintiff's proposed exhibit PX-12 is the audio recording of the 9-1-1 call made by Plaintiff's neighbor. It is admitted.

    Plaintiff should respond to this order no later than noon on **Friday, February 18, 2022**. If Plaintiff simply says that all of these videos and the entire audio recording that is PX 9 should be admitted, I will overrule her and decline to admit these exhibits. I can see that portions of some of the videos or the audio transmissions might well be admissible, but I will not waste the jury's time with irrelevancies and/or cumulative evidence. Nor will this court try Plaintiff's case for her by culling what appears to me to be relevant. It is for Plaintiff's counsel to decide what he wishes to introduce into evidence; it is his job to explain why that is relevant and not cumulative.

Dated: February 10, 2022

_____
U.S.D.J.

BY ECF TO ALL COUNSEL