UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LORI GJENASHAJ,

                     Plaintiff,

     -against-

MATTHEW HARRISON, GIANCARLO MARATEA,

                     Defendants.
-------------------------------------------------------------X

19 CIVIL 4142 (CM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Colleen McMahon, United States District Judge, the jury having returned a verdict in favor of Defendants. Both Defendants found not liable on Plaintiff's single claim. The Complaint is hereby dismissed.

DATED: New York, New York
            March 21, 2022

So Ordered:

_____
U.S.D.J.

RUBY J. KRAJICK
_____
Clerk of Court

BY: _____
Deputy Clerk